UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   *Plaintiff*,<br><br>v.<br><br>$484,696.00 IN UNITED STATES CURRENCY,<br>   *Defendant*.<br><br>[CLAIMANT: MOORE TOOL COMPANY, INC.] | Civil No.<br><br><br><br><br><br><br><br><br>January 25, 2023 |

## VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

NATURE OF THE ACTION

1. This is an action for forfeit and condemn to the use and benefit of the United States of America the following property: $484,696.00 in United States Currency, for violations of 18 U.S.C. § 1956 (money laundering) and therefore subject to forfeiture under 18 U.S.C. § 981.

THE DEFENDANT IN REM

2. The defendant is: $484,696.00 in United States Currency.

3. The In Rem Defendant was identified in a Stipulated Forfeiture Agreement between the United States and the Claimant, Moore Tool Company, Inc., dated January 23, 2023, in the matter *United States v. Mustafaev, et al.*, 3:22-cr-110 (VAB), wherein the Claimant agreed to the civil forfeiture of the above-captioned In Rem Defendant as representing

proceeds of money laundering, in violation of 18 U.S.C. § 1956 and therefore subject to forfeiture under 18 U.S.C. § 981.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* to forfeit and condemn the Defendants. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendants under 28 U.S.C. 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions give rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The defendant asset is subject to forfeiture pursuant to 18 U.S.C. 981(a)(1)(A) for violations of 18 U.S.C. 1956(a) (money laundering), representing proceeds of money laundering.

8. The United States and the Claimant, Moore Tool Company, Inc., have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture of the In Rem Defendant after the appropriate procedural steps are taken.

WHEREFORE, the United States of America prays that a Warrant of Arrest <u>In Rem</u> for $484,696.00 in United States Currency be issued; that due notice be given to all parties to appear

and show cause why the forfeiture should not be decreed; that judgment be entered declaring the In Rem Defendant to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/S/ David C. Nelson
DAVID C. NELSON (ct25640)
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
T: (203) 821-3700
F: (203) 773-5373
E-Mail: david.c.nelson@usdoj.gov

DECLARATION

I am a Special Agent of the United States Department of Homeland Security and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of January 2023.

_____/S/_____
JEFFREY FARRAGHER
SPECIAL AGENT
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY